# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MARQUEL MALIK ANETUS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0968

_____

October 31, 2025

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Brooke Elvington, Dunedin, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Nicole Rochelle Smith, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior publication.